

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL T. JACKSON,<br><br>    Petitioner,<br><br>    v.<br><br>TOM L. CAREY, Warden,<br><br>    Respondent. | Case No. CV 06-0157-JVS (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition for Writ of Habeas Corpus and all of the records herein, including the Report and Recommendations of the United States Magistrate Judge and has conducted a de novo review of those portions of the Report and Recommendations to which objections were filed.

IT IS ORDERED that (1) the Court accept and adopt the Report and Recommendation, (2) the Petition for Writ of Habeas Corpus is GRANTED, and (3) Judgment be entered granting the petition and ordering that the California Board of Parole Hearings set a date for Petitioner's release on parole within thirty days of the date of this judgment.

//

1   IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2   Order and the Judgment herein on all parties.

4   Dated:     9.21.10

_____
James V. Selna
United States District Judge